**Order filed November 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00157-CV
_____

### JOSE DOMINGUEZ, Appellant

### V.

### AMERICAN EXPRESS BANK FSB, Appellee

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-202842**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 434th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On July 6, 2017, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

Appellant replied claiming to have made arrangements for payment of the court reporter's record. On November 13, 2017, this court received notice that appellant has not made payment arrangements for the reporter's record.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM